IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGEL DIAZ,

    Petitioner,                    No. CIV S-08-0905 GEB GGH P

    vs.

WARDEN D.K. SISTO, et al.,

    Respondents.                ORDER

/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner alleges that prison officials improperly confiscated money belonging to petitioner. Petitioner does not challenge the validity of his conviction or sentence. Nor does petitioner challenge a conviction for a prison disciplinary. Rather, petitioner challenges a condition of confinement. Accordingly, the court construes this as a civil rights action brought pursuant to 42 U.S.C. § 1983. The petition is dismissed with leave to file a civil rights complaint.

        Petitioner has not filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

1

1       In accordance with the above, IT IS HEREBY ORDERED that:

2       1.  This action is construed as a civil rights action pursuant to 42 U.S.C. § 1983;

3 the petition is dismissed with thirty days to file a civil rights complaint;

4       2. Petitioner shall submit, within thirty days from the date of this order, an

5 affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

6 of Court, or the appropriate filing fee; petitioner's failure to comply with this order will result in

7 the dismissal of this action; and

8       3.  The Clerk of the Court is directed to send petitioner an Application to Proceed

9 In Forma Pauperis By a Prisoner and the form for a civil rights complaint.

10 DATED: 05/28/08

                                                   /s/ Gregory G. Hollows

                                                   UNITED STATES MAGISTRATE JUDGE

14 diaz905.ord